Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Grace Jun, Esq., SBN 287973
grace@gracejunlaw.com
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (310) 709-4012

Joseph M. McMullen, Esq., SBN 246757
joe@jmm-legal.com
Law Offices of Joe M. McMullen
501 West Broadway, Suite 1510
San Diego, CA 92101
Telephone:  (619) 501-2000
Facsimile:   (619) 615-2264

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCES ENYART, Individually, GREGORY ENYART, Individually, and AMANDA KELLEY as GUARDIAN AD LITEM TO A.E., Individually and as Successor in Interest to WILLIAM ENYART,

Plaintiffs,

v.

COUNTY OF SAN BERNARDINO, ANGEL AVARADO, Individually, ANDRES ZAVALA, Individually, NATASHA CHARLES, Individually, SEBASTIAN HERRERA, Individually, ANDRES SUAREZ, Individually, CHRIS HENSMAN, Individually, FORREST PITTS, Individually, ALEXANDER GARCIA, Individually, and DOES 1-10, inclusive,

Defendants.

Case No.  5:24-cv-00526-RGK-SHK

**PLAINTIFFS' NARRATIVE STATEMENT AND QUALIFICATIONS OF EXPERTS AND EXPECTED TESTIMONY**

### 1.    Karen L. Cann – Jail Practices Expert

Karen L. Cann is an expert in correctional practices and procedures.  She is expected to testify concerning the following: proper practices and procedures in corrections and detention; proper practices and procedures related to law enforcement deputies; California detentions/corrections standards; generally accepted standards and national standards in corrections and detentions; and relevant San Bernardino County policies/training related to detentions/jails. She will also testify regarding: the actions and/or omissions of the individual Defendants; whether the conduct of the individual Defendants met professional standards within detentions and corrections; whether the conduct of individual Defendants was consistent with San Bernardino County policies and procedures; whether such conduct was consistent with generally acceptable standard and procedures within the profession. Specifically, Ms. Cann will also opine on matters regarding the interaction with and observations of William Enyart, as well as the actions and inactions of Defendants and whether the conduct of the Defendants was consistent with nationally recognized procedures and protocols; California standards for law enforcement officers; and San Bernardino County's own policies and procedures.  Ms. Cann will also testify regarding conduct expected of objectively reasonable deputies pursuant to national correctional standards and California POST standards when deputies are confronted with an inmate known to be, or suspected to be, in medical distress. Finally, Ms. Cann will testify to all other matters, opinions, and subjects set forth in her Federal Rule of Civil Procedure 26(a)(2)(B) report.  Ms. Cann will also testify in rebuttal to any experts called by Defendants in this case, or in response to the testimony of any witnesses who may provide lay opinions or other testimony on the above-referenced subject matters.

PLAINTIFFS' EXPERT STATEMENTS                5:24-CV-00526-RGK-SHK

## 2.  Dr. Mario San Bartolome – Addiction Medicine Expert

Mario San Bartolome, MD, MBA, MRO, FASAM is an experienced addiction medicine expert. Dr. San Bartolome is expected to testify regarding the actions or omissions of Defendants and the implications of those actions or omissions in the context of addiction medicine, generally and in correctional facilities.  Dr. San Bartolome will opine on the level and appropriateness of care provided, or that should have been provided, and William Enyart's prognosis had such care been provided to within the San Bernardino County Jails.  Dr. San Bartolome is also expected to testify regarding the nature and extent of the injuries suffered by William Enyart; the cause of those injuries; the extent of the pain and suffering that results from those injuries, the cause of death, Defendants' failures to document or convey critical medical information to jail medical staff, and how those failures were a moving force in William Enyart's death. Dr. San Bartolome will testify to all other matters and subjects set forth in the expert's Federal Rule of Civil Procedure 26(a)(2)(B) report.

## 3.  Micheal Steven Ritter, MD, FAAEM, FACEP – Correctional Medical/Forensics Expert

Michael Steven Ritter, M.D. MD, FAAEM, FACEP is an emergency room physician. He will testify regarding the following: the cause, manner, and mechanism of Mr. Enyart's death; deficiencies in the care provided generally to William Enyart; the nature and extent of injuries and harm suffered by William Enyart; the cause of the harm and injuries suffered by William Enyart; Mr. Enyart's "survivability," i.e., the likelihood Mr. Enyart would have survived had individual defendants acted; and the actions or omissions of individual defendants and the impact of those actions or omissions in the harm and injury suffered by William Enyart. Specifically, Dr. Ritter will provide testimony regarding Mr. Enyart's medical condition, complications, and resulting medical distress.  Dr. Ritter will offer testimony regarding medical causation (and damages) based on defendants'

PLAINTIFFS' EXPERT STATEMENTS                    5:24-CV-00526-RGK-SHK

failure to timely provide/summon adequate medical care.  Dr. Ritter will also provide general testimony regarding alcohol withdrawal in relation to Mr. Enyart's medical distress. Dr. Ritter will also testify to all other matters and subjects set forth in the expert's Federal Rule of Civil Procedure 26(a)(2)(B) report.

Dated: April 2, 2025                          by:  */s/ Danielle R. Pena*
Danielle R. Pena, Esq.
Grace Jun, Esq.
Joseph McMullen, Esq.
Attorneys for Plaintiffs

The undersigned, counsel of record for Plaintiffs Frances Enyart, Gregroy Enyart, A.E. by and through her Guardian Ad Litem, Amanda Kelley, individually and as successor in interest to the Estate of William Enyart, (collectively "Plaintiffs"), certifies that this brief contains 638 words, which complies with the word limit of L.R. 11-6.1. Additionally, counsel certifies that this brief contains less than 20 pages, which complies with the page limit of Judge Klausner's Standing Order.

Respectfully submitted,

**PHG Law Group**

Dated:  April 2, 2025                          by:  */s/ Danielle R. Pena*
Danielle R. Pena, Esq.
dpena@PHGLawGroup.com
Attorneys for Plaintiffs

4

PLAINTIFFS' EXPERT STATEMENTS                          5:24-CV-00526-RGK-SHK