JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES ENYART, Individually, GREGORY ENYART, Individually, and AMANDA KELLEY, as GUARDIAN AD LITEM TO A.E., Individually and as Successor in Interest to WILLIAM ENYART,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, ANGEL AVARADO, Individually, ANDRES ZAVALA, Individually, NATASHA CHARLES, Individually, SEBASTIAN HERRERA, Individually, ANDRES SUAREZ, Individually, CHRIS HENSMAN, Individually, FORREST PITTS, Individually, ALEXANDER GARCIA, Individually and DOES 1-10, inclusive<br><br>　　　　　Defendants. | Case No. 5:24-cv-00526-RGK-SHK<br><br>[PROPOSED] JUDGMENT AFTER TRIAL BY JURY AND ORDER<br><br><br>Assigned to:<br>Honorable R. Gary Klausner<br>United States District Judge<br><br>Trial: April 22, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

A jury tried this action, with the Honorable R. Gary Klausner presiding, and the jury rendered its verdict on April 25, 2025 (dkt. 162).

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

The judgment be, and hereby is, entered in favor of Defendants, and against Plaintiffs;

That the Plaintiffs take nothing; and,

That Defendants may recover costs from Plaintiffs in accordance with applicable law.

It is HEREBY ORDERED that this Judgment be entered.

DATED: 5/6/2025

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Court Judge